Mathew K. Higbee, Esq. SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8373
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorney for Plaintiff,*
LISA CORSON,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA CORSON<br><br>Plaintiff,<br><br>v.<br><br>ANDREW BUSCH AND KIM BUSCH d/b/a FOLDED HILLS WINERY; and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 2:22-cv-6109<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**<br><br>**(1) COPYRIGHT INFRINGEMENT**<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, Lisa Corson alleges as follows:

## JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunction relief for copyright infringement under the Copyright Act of the United States, 17 U.S.C. § 101 *et seq.*

2. This Court has subject matter jurisdiction over Plaintiff's claims for copyright infringement pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant conducts business and/or resides within this judicial district, Defendant's acts of infringement complained of herein occurred in this judicial district, and Defendant caused injury to Plaintiff within this judicial district.

4. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and

1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred. Alternatively, venue is also proper pursuant to 28 U.S.C. § 1400(b) because the Defendant resides and has a regular and established place of business in this judicial district.

## PARTIES

5. Plaintiff Lisa Corson ("Corson") is an individual who resides in Kansas City, Missouri.

6. Defendants Andrew Busch and Kim Busch d/b/a Folded Hills Winery ("Defendant") is a California limited liability company with a principal place of business in Gaviota, California.

7. Plaintiff is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Plaintiff is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Plaintiff's damages as herein alleged were proximately caused by the conduct of said Defendants. Plaintiff will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

8. For the purposes of this Complaint, unless otherwise indicated, "Defendant" includes all agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogates, representatives and insurers of the Defendants named in this caption.

## FACTUAL ALLEGATIONS

### *Plaintiff Lisa Corson*

9. Lisa Corson is a successful and acclaimed photographer that previously worked as the photo editor for SPIN, New York Magazine, and the Wall Street Journal.

10. Corson's client list includes AARP, Country Living, Delta Airlines, Google, House & Garden, The National Geographic Channel, The New York Times, and The Washington Post.

11. A portfolio of Corson's work is available for viewing by general public through her website www.lisacorsonphotography.com.

12. Corson is the sole creator and exclusive rights holder to a photograph of Norman Restaurant & Bar at Skyview Los Alamos (the "Norman Image").

13. Attached hereto as Exhibit A is a true and correct copy of the Norman Image.

14. Corson has registered the Norman Image with the United States Copyright Office under registration number VA 2-125-358.

### *Defendant Folded Hills Winery.*

15. According to its website, Defendant Folded Hills Winery's winery and products have been featured in several California based travel magazines. Defendant provides tasting rooms, winery tours, and wine tasting events in addition to selling its products at their physical location and online and in various wine stores throughout the country. *See* www.foldedhills.com.

16. Defendant runs and operates a Folded Hills Facebook page www.facebook.com/foldedhills ("Defendant's Facebook").

### *Defendant's Infringing Conduct*

17. On or about May 12, 2021, Corson discovered her Norman Image being used on Defendant's Facebook in a post promoting travel in Santa Barbara wine country ("Infringing Post").

18. True and correct screenshots of the Norman Image being displayed with the Infringing Post are attached hereto as Exhibit B.

19. Corson does not have record of the Norman Image being licensed to Defendant nor had Corson granted permission for Defendant to make a copy or publically display the Norman Image on Defendant's Facebook with the Infringing

1 Post.

2     20. On information and belief, Defendant's use of the Norman Image was
3 deliberate and willful because it knew or should have known that it did not purchase
4 a license to use the Norman Image.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq.***

7     21. Plaintiff incorporates by reference all of the above paragraphs of this
8 Complaint as though fully stated herein. Plaintiff did not consent to, authorize,
9 permit, or allow in any manner the said use of Plaintiff's unique and original Norman
10 Image.

11     22. Plaintiff is informed and believes and thereon alleges that the
12 Defendants willfully infringed upon Plaintiff's copyrighted Norman Image in
13 violation of Title 17 of the U.S. Code, in that it used, published, communicated,
14 benefited through, posted, publicized, and otherwise held out to the public for
15 commercial benefit, the original and unique Norman Image of the Plaintiff without
16 Plaintiff's consent or authority, and acquired monetary gain and market benefit as a
17 result.

18     23. Specifically, Defendant made an unauthorized copy and then publically
19 displayed the Norman Image with the Infringing Post on Defendant's Facebook.

20     24. As a result of Defendants' violations of Title 17 of the U.S. Code,
21 Plaintiff is entitled to any actual damages pursuant to 17 U.S.C. §504(b), or statutory
22 damages in an amount up to $150,000.00 if willful or up to $30,000 if unintentional
23 pursuant to 17 U.S.C. § 504(c).

24     25. Plaintiff is also entitled to injunctive relief to prevent or restrain
25 infringement of her copyright pursuant to 17 U.S.C. § 502.

26 / / /
27 / / /
28

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for judgment against Defendant as follows:

- For an award of actual damages and disgorgement of all of Defendant's profits attributable to the infringement as provided by 17 U.S.C. § 504 in an amount to be proven or, in the alternative, at Plaintiff's election, an award for statutory damages against Defendant in an amount up to $150,000.00 for each infringement pursuant to 17 U.S.C. § 504(c), whichever is larger;
- For costs of litigation and reasonable attorney's fees against each Defendant pursuant to 17 U.S.C. § 505;
- For an injunction preventing each Defendant from further infringement of all copyrighted works of the Plaintiff pursuant to 17 U.S.C. § 502;
- For pre judgment interest as permitted by law; and
- For any other relief the Court deems just and proper.

Dated: August 26, 22

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*

## **DEMAND FOR JURY TRIAL**

Plaintiff, Lisa Corson hereby demands a trial by jury in the above matter.

Dated: August 26, 22

Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*